CHARLES GLASER, Administrator of CARL DAMB-
MANN, *vs.* MARY DAMBMANN et al.

Appeal from a decree of Circuit Court No. 2, of Balti-
more City.   *Affirmed.*

In this case it was held upon the facts by a majority of
the Court (McSherry, Fowler and Roberts, JJ., dissent-
ing), that a valid marriage had been celebrated in the State
of Alabama by a Justice of the Peace, between Carl Damb-
mann, deceased, and Mary Dambmann, the plaintiff.

*Henry C. Kennard* and *Edgar H. Gans,* for the appellants.
*Barton & Wilmer,* for appellees.

No. 35, April term, 1895.   Recorded in Liber J. S. F.
No. 2, etc., of " Opinions Unreported."


DAVID KUYKENDALL et al. *vs.* J. SEMMES
DEVECMON.  SHAW and DEVRIES, Executors of
COMBS, *vs.* J. SEMMES DEVECMON et al.

Two appeals in one Record from orders of the Circuit
Court for Allegany County, ratifying Auditors' Accounts.
*Affirmed.*

*Held,* upon the facts, that the money expended by Combs
in buying a tax title affecting land owned by the Devecmons
should not be charged against them, since they had not
consented thereto.   See *Shaw* v. *Devecmon,* 81 Md. 215.

*Benjamin A. Richmond,* for appellants.   *Ferdinand Wil-
liams,* for appellees.

Nos. 59 and 60, October term, 1895.   Recorded in Liber
J. S. F. No. 2, etc., folio 782, of " Opinions Unreported."